Tim JONES, Plaintiff–Respondent,

v.

CITY OF JENNINGS, Defendant–Appellant.

No. 72706.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 27, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 18, 1998.

Lloyd E. Baker, Clayton, for appellant.

Richard A. Barry, III, St. Louis, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

The City of Jennings appeals from a judgment in favor of Respondent, Tim Jones, remanding to the City for rendition of a written opinion, to include findings of fact and conclusions of law. The City argues the court erred in its decision to remand.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

Charles LEE, Appellant,

v.

STATE of Missouri, Respondent.

No. 71831.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 27, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 18, 1998.

David C. Hemingway, Sp. Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Angel Woodruff, Asst. Attys. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, J.

### ORDER

PER CURIAM.

Appellant, Charles Lee ( "movant"), appeals the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief after his plea of guilty to third offense stealing, RSMo section 570.040 (1994).

We have reviewed the briefs of the parties and the legal file and find that the judgment is not clearly erroneous. Rule 24.035(k). As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). A memorandum explaining the reasons for our decision is attached solely for the use of the parties involved.